PROB 12C
(7/93)

Report Date: December 14, 2010

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC - 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sean J. Rushing                Case Number: 2:08CR00173-003

Address of Offender: Unknown (Absconder)

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 09/03/2009

Original Offense:   Conspiracy to Utter Counterfeit Securities of an Organization, 18 U.S.C. §§ 371 and 513

Original Sentence:  Prison - 12 months;           Type of Supervision: Supervised Release
                    TSR - 36 months

Asst. U.S. Attorney:  Timothy J. Ohms             Date Supervision Commenced: 03/18/2010

Defense Attorney:     Timothy D. Trageser         Date Supervision Expires: 03/17/2013

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1 & 2           **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

**Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: Mr. Rushing is considered in violation of his conditions of supervised release by failing to report to the probation office since December 5, 2010, and by failing to report a change of address since December 5, 2010.

Mr. Rushing has failed to report to the probation office and submit a written report since December 5, 2010. In addition, attempts to contact Mr. Rushing at his last reported address have been unsuccessful.

Mr. Rushing did contact the probation office by telephone in November 2010 to advise he was unemployed and did not have a stable residence. He was directed to report to the probation office to discuss further his situation.

Prob12C
Re: Rushing, Sean J.
December 14, 2010
Page 2

To date, Mr. Rushing has failed to report and his current whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/14/2010

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Fred Van Sickle
Signature of Judicial Officer

December 16, 2010
Date

## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

SCOTT M. MORSE, SR.

CHIEF PROBATION OFFICER
U.S. COURTHOUSE
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

BRANCH OFFICES

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352
(509) 376-7467 / fax (509) 372-2590

December 14, 2010

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 17 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

REPLY TO  Spokane

The Honorable Robert H. Whaley
Senior U.S. District Judge
Thomas S. Foley U.S. Courthouse
920 W. Riverside
Spokane, WA 99210



**RE: Rushing, Sean J.**
**Dkt. No. 2:08CR00173-003**
**Custody Status: Absconder**
**Violation Report #1**

Dear Judge Whaley:

Attached for the Court's review is a petition for action on the above-captioned defendant. The circumstances of the alleged noncompliant behavior are reported therein.

### Compliance with Supervision Conditions:

Mr. Rushing began his current term of supervised release on March 18, 2010. Since that time he has struggled with maintaining full-time employment and establishing a stable residence.

Mr. Rushing was compliant with drug testing requirements prior to absconding from supervision.

### Offender Characteristics:

Mr. Rushing was living with various friends following his release from confinement but, has not established a personal residence of his own. His last verified employment was from July thru August 2010, with Blackjack Business Services, LLC., in Spokane.

Re: Rushing, Sean J.
December 14, 2010
Page 2

**Statutory and Guideline Provisions:**

Pursuant to 18 U.S.C. § 3583(e)(3), the Court may revoke a term of supervised release, and require the defendant to serve in prison all or part of the term of supervised release authorized by statute for the offense that resulted in such term of supervised release, except that a defendant whose term is revoked under this paragraph may not be required to serve on any such revocation more than 5 years in prison if the offense that resulted in the term of supervised release is a class A felony, more than 3 years in prison if such offense is a class B felony, more than 2 years in prison if such offense is a class C or D felony, or more than 1 year in any other case.

Pursuant to 18 U.S.C. § 3583(h), when a term of supervised release is revoked and the defendant is required to serve a term of imprisonment, the Court may include a requirement that the defendant be placed on a term of supervised release after imprisonment. The length of such a term of supervised release shall not exceed the term of supervised release authorized by statute for the offense that resulted in the original term of supervised release less any term of imprisonment that was imposed upon revocation of supervised release.

As a cost-containment measure, in March 2004, the Judicial Conference endorsed a non-binding policy that substantially restrains enhanced sentencing authority. This policy was incorporated in our agency's Monograph 109, *The Supervision of Federal Offenders:*

*Although it is statutorily permissible to impose a new term of supervised release in most post-April 30, 2003, cases, officers should ordinarily recommend a new supervised release sentence only when the prison time imposed for the current violation, plus any prison time imposed for a prior revocation(s) of this term of supervised release, is less than the maximum prison term set forth at 18 § 3583(e)(3).*

If revoked, the following options are available for sentencing:

**Original Criminal History Category:** IV
**Grade of Violation:** C
**Class of Offense:** Class D felony

|  | Statutory Provisions | Guideline Provisions |
|---|---|---|
| CUSTODY: | Not more than 2 years | 6-12 months |
| SUPERVISED RELEASE: | 36 months minus custody imposed | 36 months minus custody imposed |

Re: Rushing, Sean J.
December 14, 2010
Page 3

It is respectfully recommended that the Court issue a warrant requiring Sean J. Rushing to appear to answer to the allegation in the attached petition.

                              Respectfully submitted,

                              Scott M. Morse, Sr.
                              Chief U. S. Probation Officer

By:   s/Samuel Najera             12/14/2010
      Samuel Najera                 Date
      U. S. Probation Officer

APPROVED BY:

s/Gayla S. Hunt           12/14/2010
Gayla S. Hunt             Date
Supervising U.S. Probation Officer

SN:csg

PROB 19
(Rev. 5/92)

# UNITED STATES DISTRICT COURT

for

__Eastern District of Washington__

U.S.A. vs    Sean J. Rushing          Docket No.    2:08CR00173-003

TO:[1]    Any United States Marshal or Any Other Authorized Law Enforcement Officer

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. |||||
| NAME OF SUBJECT<br>Sean J. Rushing ||| SEX<br>Male | RACE<br>Black or African American | AGE<br>28 |
| ADDRESS (STREET, CITY, STATE)<br>(Last known) 5015 S. Regal #M1102, Spokane, WA 99223 |||||
| SENTENCE IMPOSED BY (NAME OF COURT)<br>United States District Court, Eastern District of Washington ||| DATE IMPOSED<br>September 3, 2009 ||
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>United States District Court, Spokane, WA |||||
| CLERK<br>James R. Larsen | (BY) DEPUTY CLERK<br>*Emerson* ||| DATE<br>12-17-10 |

| RETURN ||||
|---|---|---|---|
| Warrant received and executed. | | DATE RECEIVED | DATE EXECUTED |
| EXECUTIVE AGENCY (NAME AND ADDRESS) ||||
| NAME | (BY) || DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer," or "United States Marshal for _____ District of _____;" or "any United States Marshal;" or "any special agent of the Federal Bureau of Investigation;" or "any United States Marshal or any special agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."